IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN D. ROCKWELL,

    Petitioner,                      No. CIV S-05-1774 LKK DAD P

    vs.

TERESA A. SCHWARTZ, et al.,

    Respondents.                ORDER

_____/

    This action was summarily dismissed on February 24, 2006. The letter received from petitioner on September 1, 2006, will be disregarded, and no orders will issue in response to future documents not properly submitted for the court's consideration.

DATED: September 12, 2006.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
rock1774.158